UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARBARA WRIGHT <br> 1215 Kingsbury Drive <br> Mitchellville, MD 20721 <br><br> Plaintiff <br><br> v. <br><br> ERIC HOLDER <br> U.S. Attorney General <br> U.S. Department of Justice <br> 950 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20530-0001, <br><br> Defendant. | CA No. _____ |

## COMPLAINT AND JURY DEMAND
(Employment Discrimination and Retaliation)

### Introduction

1. Plaintiff, Barbara Wright brings this action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq*, to remedy acts of discrimination in employment practices by the U.S. Bureau of Alcohol Firearms and Tobacco (ATF) based on her race (African American) sex (female) and in retaliation for her prior EEO activity. In addition, defendant violated the Equal Pay Act of 1963, 29 U.S.C. §§ 201 *et seq.*, when it paid her less than her male counterparts for substantially equal work.

### Jurisdiction

2. This Court has jurisdiction over the subject matter of this civil action pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-16(c) and 29 U.S.C. § 216(b) (Fair Labor Standards Act - Enforcement).

### Exhaustion

Plaintiff has exhausted her administrative remedies by filing administrative charges of discrimination more than 180 days before filing this action.

### Venue

3. Pursuant to 28 U.S.C. § 1391(b) and 42 U.S.C. § 2000e-5(f)(3), venue is proper in this judicial district as plaintiff was employed by the U.S. Bureau of Alcohol Firearms and Tobacco which is headquartered in the District of Columbia, which is where plaintiff's personnel records are housed as well as the location of many key witnesses.

### Parties

4. Plaintiff Barbara Wright is a female citizen of the United States and of the state of Maryland. She has been employed by defendant since 1997 and has served as the Chief, Financial Services Branch, PD Band 3, Financial Management Division, Office of Management, U.S. Bureau of Alcohol Firearms and Tobacco (ATF) from December 2008 until the present.

5. Defendant Eric Holder is Attorney General of the United States and as such the Head of the Department of Justice. The ATF is a subordinate agency of the Department of Justice. As such, Mr. Holder is also the head of the ATF and is responsible for the personnel actions, omissions and practices of the ATF. He is sued here in his official capacity only.

### Statement of Facts

6. Plaintiff is an African American female who has worked at the ATF since 1997.

7. Since December 8, 2008, Plaintiff was paid less than male employees performing substantially similar duties in violation of Title VII and the Equal Pay Act.

8. Since October 2010, Plaintiff has endured a hostile work environment, including, but

not limited to constant yelling and finger pointing, denying her compensatory time, publicly humiliating her, questioning her whereabouts while she was attending to her responsibilities, rejecting her time card which caused a delay in her pay, and ridiculing comments about the legitimacy of her granddaughter and her decision to take leave to care for her terminally ill mother.

9. Because Plaintiff is an African-American female and/or because she complained of discrimination, her permanent staff was reduced from five to only one and one-half full time equivalents and she has lost half of her contractors, while at the same time management more than doubled her workload, causing her to extraordinarily long hours, sometimes up to 18 hours per day, to meet the requirements of her job.

10. Plaintiff was denied a reassignment away from this hostile environment because of her race, sex, and complaints of discrimination.

11. Defendant has willfully violated the Equal Pay Act by willfully paying Plaintiff less than male employees performing substantially similar duties.

12. By decisions, actions, and/or omissions as outlined herein above, defendant discriminated against plaintiff on account of her sex, her race and in retaliation for her complaints of discrimination in violation of Title VII of the Civil Rights Act.

13. As a result of the aforementioned unlawful discrimination in employment practices by her managers at the ATF, plaintiff has suffered and continues to suffer severe pain, suffering and humiliation, as well as mental and emotional injury, and has damaged her professional reputation.

**Prayer for Relief**

WHEREFORE, plaintiff prays that this Court enter judgment in her favor and against defendant on all her Title VII claims, and provide her with the following relief:

(a) award plaintiff compensatory damages against defendant in the amount of $300,000, plus interest thereon for each violation of her rights;

(b) enjoin defendant and the ATF and management from discriminating and/or retaliating against plaintiff in the future;

(c) require defendant to raise plaintiff's salary to the salary of men performing substantially similar work retroactive for 3 years and provide plaintiff with full back pay, with interest thereon;

(d) award plaintiff the costs of bringing and maintaining this action and the administrative charges that preceded it, including reasonable attorneys' fees, pursuant to 42 U.S.C. 2000e-5(k); and

(e) award plaintiff such other and further relief as the interests of justice may require.

**Jury Demand**

Plaintiff hereby requests a jury trial on all issues of fact and damages.

Respectfully submitted,

_____
Richard L. Swick
SWICK & SHAPIRO, P.C.
1101 15th Street, N.W., Suite 550
Washington, D.C. 20005
Tel. (202) 842-0300
Fax (202) 842-1418
email - rlswick@swickandshapiro.com

*Attorney for Plaintiff*